# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ELIZABETH A. SMITH, | Civil No. 09-2001 (JRT/SRN) |
| Plaintiff, | |
| v. | |
| GURSTEL, STALOCH & CHARGO, P.A., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

___

Christopher Wheaton, **WHEATON LAW GROUP, PLLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Michael Johnson, **GURSTEL, STALOCH & CHARGO PA**, 6681 Country Club Drive, Golden Valley, MN 55427, for defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on September 9, 2009 [Docket No. 6], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 9, 2009
at Minneapolis, Minnesota.

                                                     s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                               United States District Judge